IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM HAWKINS MARCHANT<br><br>Defendant. | CR 12-87-GF-BMM<br><br>**ORDER** |

Defendant Williams Hawkins Marchant has moved under 18 U.S.C. § 3583(e)(1) for an early discharge from supervised release. The Government does not oppose the motion. (Doc. 33 at 1.) Defendant's probation officer takes no formal position. *Id.* at 2. The Court conducted a hearing on the motion on April 4, 2017.

Defendant was sentenced on June 11, 2013, to 8 months of custody, to be served consecutively to any undischarged sentence in a state court case, followed by 2 years of supervised release. (Doc. 25.) Defendant began supervised release on December 16, 2015. (Doc. 34 at 4.) The record reflects that Defendant has complied with all of the conditions of his supervised release. *Id.* at 4. The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Discharge from Supervised Release (Doc. 33) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 4th day of April, 2017.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge